IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AMBER R. MODE                                                                                           PLAINTIFF

V.                                   CIVIL NO. 2:14-cv-02185-MEF

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                DEFENDANT

## JUDGMENT

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE. The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.

IT IS SO ORDERED this 12th day of August, 2015.

/s/  *Mark E. Ford*
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE